BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>DARIN SCHILMILLER, a/k/a "Babe,"<br>a/k/a "Tyler," and DENALI<br>BREHMER, a/k/a/ "Angel,"<br><br>                  Defendants. | No. 3:19-cr-00058-SLG-DMS<br><br>COUNT 1:<br>CONSPIRACY TO PRODUCE CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2251(a)(1) and (e)<br><br>COUNTS 2:<br>PRODUCTION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2251(a)(1) and (e)<br><br>COUNTS 3 and 4:<br>RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252(a)(2) and (b)(1)<br><br>COUNT 5:<br>COERCION AND ENTICEMENT OF A MINOR<br>  Vio. of 18 U.S.C. § 2422(b) |

) CRIMINAL FORFEITURE
) ALLEGATION:
)     Vio. of 18 U.S.C. § 2253 and Fed. R.
) Crim. P. 32.2(a)
)

INDICTMENT

The Grand Jury charges that:

COUNT 1

Between on or about June 2, 2019, and on or about June 4, 2019, within the District of Alaska and elsewhere, the defendants, DARIN SCHILMILLER, a/k/a "Babe, a/k/a/ "Tyler," and DENALI BREHMER, a/k/a "Angel," did knowingly and intentionally combine, conspire, confederate, and agree with each other, to employ, use, persuade, induce, entice, and coerce, a minor, to wit: "Minor Victim 1," with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a)(1) and (e).

//

## COUNT 2

Between on or about June 2, 2019, and on or about June 4, 2019, within the District of Alaska and elsewhere, the defendants, DARIN SCHILMILLER, a/k/a "Babe, a/k/a/ "Tyler," and DENALI BREHMER, a/k/a "Angel," did knowingly employ, use, persuade, induce, entice, and coerce, a minor, to wit: "Minor Victim 1," with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a)(1) and (e).

## COUNT 3

Between on or about June 2, 2019, and June 4, 2019, within the District of Alaska and elsewhere, the defendant, DARIN SCHILMILLER, a/k/a "Babe, a/k/a "Tyler," did knowingly receive, by any means and facility of interstate and foreign commerce, visual depictions of a minor engaging in sexually explicit conduct, to wit: video of "Minor Victim 1," the production of which involved the use of a minor engaged in sexually explicit conduct and the visual depictions were of such conduct.

All of which is in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT 4

Between on or about June 2, 2019, and June 4, 2019, within the District of Alaska and elsewhere, the defendant, DENALI BREHMER, a/k/a "Angel," did knowingly distribute, by any means and facility of interstate and foreign commerce, visual depictions of a minor engaging in sexually explicit conduct, to wit: video of "Minor Victim 1," the production of which involved the use of a minor engaged in sexually explicit conduct and the visual depictions were of such conduct.

All of which is in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT 5

On or about January 8, 2017, within the District of Alaska and elsewhere, the defendant, DARIN SCHILMILLER, a/k/a "Babe, a/k/a "Tyler," and DENALI BREHMER, a/k/a "Angel," did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce a minor, to wit: "Minor Victim 1," an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including, Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), and Sexual Abuse of a Minor in the Second Degree, in violation of Alaska Statute 11.41.436(a)(4).

All of which is in violation of 18 U.S.C. § 2422(b).

//

Page 4 of 6

Case 3:19-cr-00058-SLG-MMS   Document 8   Filed 06/18/19   Page 4 of 6

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 4 of this Indictment, the defendants, DARIN SCHILMILLER, a/k/a "Babe, a/k/a/ "Tyler," and DENALI BREHMER, a/k/a "Angel," shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), their interest in any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the aforementioned violation; and any and all property used or intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to:

1. an Apple iPhone 8+, serial number f17X5UQHJWLK, seized from Denali Brehmer, a/k/a/ "Angel," on or about June 6, 2019.

//
//
//
//
//
//
//
//
//
//

All pursuant to 18 U.S.C. § 2253 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 06/18/2019