BRYAN SCHRODER
United States Attorney

KYLE REARDON
ANNE VELHUIS
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kyle.Reardon@usdoj.gov
      Anne.Veldhuis@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DARIN SCHILMILLER, a/k/a "Babe," ) <br> a/k/a "Tyler," and DENALI ) <br> BREHMER, a/k/a "Angel," ) <br> ) <br> Defendants. ) | No. 3:19-cr-00058-SLG-DMS |

**STATUS REPORT**

COMES NOW the United States, by and through undersigned counsel, and hereby files this Status Report in accordance with the Court's Order at Docket 55. As of the time of this filing, the United States has provided the search warrants for Defendant Brehmer's phone to defense counsel.

The United States is working with the Federal Bureau of Investigation (FBI) and the Anchorage Police Department (APD) to ensure that all materials whose disclosure is required under Fed. R. Crim. P. 16, and *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972) is collected and provided to Defense Counsel as promptly as possible. This includes materials relevant to both the ongoing Federal prosecution, as well as the concurrent State of Alaska homicide prosecution.

RESPECTFULLY SUBMITTED October 23, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Anne Veldhuis
ANNE VELDHUIS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2019,
a copy of the foregoing was served
electronically on:

T. Burke Wonnell
Brian Heady

s/ Anne Veldhuis
Office of the U.S. Attorney

U.S. v. Schmilmiller, et al
3:19-cr-00058-SLG-DMS          Page 2 of 2