Your Honor, Judge Peterson, Thank-You for this Opportunity to Speak.

To Say that I'm Sorry for what Happened is not enough. No words can ever be enough to express the profound loss that has taken place. There are words for a child who looses one or both parents, a Spouse loosing their love, and a Family member being lost. There is No word for when a Parent looses ther Child, No word could ever envelope the full extent of the Pain, Grief, or loss felt.

For that being Said, I have Something to Say to Mr. Hoffman. Everything you feel is valid. Your Grief is Righteous, Your Anger is Justified, the Pain you feel is unimaginable, Your Heart is Broken. And its Because of what we did, what I took from you. The Hurt I Caused you and your family I can Never Rectify in any way. I Understand, it hurts, You lost a Precious Child, The Community lost a daughter aswell.

I am truly Sorry for my Role in your loss, I apologize to you Mr. Hoffman, Mrs. Hoffman, the Family, Friends, Other loved Ones, and to the Community. There is Nothing that I can say that can ease the Pain Still felt Today. There is a Scar that No words or even Time could ever fully heal. All I can do is try to help the wound close a little by Admitting my guilt and Sincerely Apologizing. I am, and Forever will be, Sorry for Your loss, and the Communities loss.

(1)

I am Not the Same person I was 4½ years ago. 18 year-old me was a Completley Different Version. I was Reckless, Immature, Impulsive, and Gullible. I was Careless, I didn't Care about what others thought, felt, or did. I did whatever I wanted and damn the Consequenses. I just didn't care. I wasn't ready to grow-up and be an Adult. I wanted to do everything, have everything, and be anything I wanted to be. I am Not that person anymore. Being Sober and in a Closed Controlled environment has Shaped me into the person I am now. I am trying to put my life on the Right track. I am Changing, evolving, and Growing more and more every day. I am Bettering myself, moving forward, and leaving who I was in the Past for good. I am Someone who Cares, is open to change, and desires to help those who I care. I have grown so much and have Connected to empathy in such an eye-opening way. I was in a Trauma based Treatment Program Called Nu'ju, and we did a Training workshop called Arrigah House earlier last year. The Second to last day of Arrigah, a Speaker asked a question that led to a Major Breakthrough for me. He had Served time for taking a life and when he spoke, What he Said, Resonated deep within my Soul. I wasn't very empathetic, I never Understood anyone's pain until he asked "What if it was you?". I was Swallowed in a tidal wave of emotions that had been Suppressed for too long. I felt his Pain, anger, grief, loss, hurt, and Desire for justice. I didn't just feel it, I finally Connected to empathy on a higher than Mundane level. If it was me that has Suffered a loss like

(2)

that, I'd feel the exact same way. If it was me, I'd be Broken beyond anything imaginable and Need closure in Rightful Justice.

I take full Responsibility for my Role in Cynthia's Death. My Choices and my actions are mine and mine alone. I have to take Credit for my part, I owe her that much. I did something truly horrible, and I admit that I've hurt people before, But Not like this. Physical pain you can see, treat, and get over, its Temporary pain. Emotional pain can destroy you. Its a scar on your soul, a darkness that hurts so deep you can't just fix it with Tylenol. I caused a darkness that is still Ripping people apart because I took an innocent soul from them. I might not have pulled the trigger, but I was the Catalyst, the one who Betrayed her in the worst way.

She was innocent, Kind, Smart, Beautiful, and loving. She had a Bright, Positive look on life, a Beautiful smile that would light up a Room. Her eyes shone with wonder, and her laugh was light and infecteous. She was good, she was innocent, and had a Pure soul. She wore her soul on the outside where all could see. She was my best friend, Other's Best friend, a Sister, a daughter, a girl-friend. She would have been a Mother, Aunt, wife, or Grandmother. Now we'll Never know who she would have been or acomplished, or who she would've been to another, fallen for, be in love with. We will never know because her Future was Robbed from her. I haven't gone a Single day without thinking about her, how great she would've been, and how strong she was. She's gone because of me and my Choices.

(3)

Case 3:19-cr-00058-SLG-MMS   Document 177-1   Filed 02/26/24   Page 3 of 6
EXHIBIT A
PAGE 3 of 6

Hurt people hurt people, the world is Broken from the broken people who have broken the world. Everyone has a Smudge of Darkness they carry in their hearts and Souls. It's the way we carry that Darkness that truly Matters. I Struggle to face mine, I can see it in my eyes. I can't look at myself in the Mirror without hating who looks back. I'm working on being able to look and be okay with myself. I always wanted to be Remembered, to go down in history as Someone people would aspire to be, Someone people would look up to. I will be Remembered alright, but not as Someone good. Now I will be Remembered as the Thorne Bird Falls Killer Mastermind.

    I love to write, I always thought I'd write a Best Selling Book. Words hold Power, and when put together in the right way, they can change the world. Words can hurt, words can heal. They can bring a lasting peace, or Start a devastating war. Words have that ability. I am determined to use mine to heal. To mend whats been Broken, to give life back to those who need it most. At Emily's Advice, I haven't Spoken in 5 years, No one has heard what I've had to Say about this. I've Remained Silent, waiting for this day, and Today I'm making a promise, my actions will show that Commitment to change, growth, and maturity. I am working hard to keep learning and growing. I am goal oriented and have dedicated time to improve my Community while incarcerated. I've Fought for equal treatment for the right to Practice Pagan Religions. To have a Space to gather together and practice our Spiritual Culture in a Safe and Secure environment. I have been Sober the entire time I've been in Prison and

I encourage others to be as well. I have been in Drug Addiction Treatment to gather the tools I'll need to stay Sober, and to keep going forwards, and to Not Re-lapse. To be able to identify my Triggers and understand the process of how a Re-lapse starts with Seemingly Unimportant Decisions I make everyday. I want to help others find the Clarity and Awareness I've found in Recovery.

I have seen a lot in my incarceration that has not only opened my eyes, but opened my heart. I have seen women come in and out, in and out like a Revolving door. I have seen girls become Mothers, the Community helping those who come in Pregnant and Scared. I have seen Grief, loss, and death in Hiland. I have seen Senseless violence, Big, Beaten, Bloody fights that bring a fear for one's Safety. I have seen overdoses in there that are hidden, the women who Survive being so lucky to be alive. I have seen, I have Spoken, its time for me to do.

I am going to do what I can to improve my Community as best I can. I am going to find a way to bring back some light in such a dark and hopeless place. I'm going to try, Not for me, but for those who come after. Prison is a place to Punish those who've done bad things, but it can also be a place to improve and turn their life around. I am a Different, Better person and I learn something New everyday that improves my character. I know that I can give back and I will fight for what will make prison a little bit better for others to find the right path. Acta Non Verba, Actions Not Words. I desire to give something that will help others to make it easier to get on the

Right path. I just want to do Something good that will be lasting. I am done taking Shortcuts and the easy way, I'm going to do things the Right way. Even if its the hard way. From Now on I'm going to face everything with my head held high and the fire of Determination Flowing through my veins.

I am ready to start writing my Next Chapter in life. I am growing and Changing for the best and will continue to do so. I am prepared for this Challenge. I am Dedicated to doing what I can with what I have, wherever I am. I am a Human Being, I am not perfect, I make mistakes, I made bad choices, I am trying to learn from them. I am me. For the last 5 years my name has been Synonomus with the word Monster. I am Denali Dakota Skye Brehmer and Moving Forwards, I promise this Court and Community to Atone for what I did, for what I have taken. I want my name to be Remembered for Something good and I know I have a lot of work to do. I am Ready to take full Responsability for what I've done.

(6)